THE WISCONSIN, IOWA & NEBRASKA R'Y CO. v. THE IOWA TOILERS' PROTECTIVE ASSOCIATION ET AL.

1. **Appeal**: EVIDENCE NOT CERTIFIED IN TIME. An appeal in an equity case will be dismissed where it appears that the evidence was not certified within six months after the rendition of the decree.

*Appeal from Jasper District Court.*

TUESDAY, DECEMBER 21.

THIS is an action in equity, by which the plaintiff seeks to enjoin the defendants from interfering with the construction of a railroad over certain described lands in Jasper county. There was a decree for the plaintiff, and defendants appeal.

*Geo. W. Wilson*, for appellants.

*Hubbard, Clark & Dawley*, for appellee.

ROTHROCK, J.—The plaintiff moves to dismiss the appeal upon the ground that the certificate of the judge, authenticating the evidence in the court below, was not signed within the time allowed for an appeal. It appears from the record that the decree was entered on the nineteenth day of March, 1885. It is claimed the appeal was taken August 17, 1885; but the certificate of the judge was not made until December 11, 1885, more than six months after decree.

Following the case of *Mitchell v. Laub*, 59 Iowa, 36, the appeal must be

DISMISSED.